IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID M. YOUNG                                                                                          PLAINTIFF
REG. #04152-003

V.                                    NO: 2:11CV00213 DPM/HDY

JOHN DOES *et al.*                                                                                    DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff David M. Young, an inmate currently incarcerated at the Federal Correctional Institution in Forrest City, filed this *pro se* complaint, on November 21, 2011.[1] On December 7, 2011, Plaintiff filed a motion to hold in abeyance or to voluntarily dismiss his complaint in order to allow him to complete the administrative remedy process (docket entry #4). For good cause shown, Plaintiff's motion should be granted to the extent that his complaint should be dismissed without prejudice.

IT IS THEREFORE RECOMMENDED THAT:

1.  Plaintiff's motion to hold in abeyance or dismiss (docket entry #4) be GRANTED to the extent that Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2.  The Court certify that an *in forma pauperis* appeal taken from the order and judgment

---

[1] Although Plaintiff titled his action as a petition for a writ of *habeas corpus*, he is alleging that his access to the courts was denied or restricted, and it was therefore properly docketed as a civil rights complaint.

dismissing this action is considered frivolous and not in good faith.

DATED this   9   day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE