IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID M. YOUNG                                                                     PLAINTIFF
Reg. # 04152-003

v.                                         No. 2:11-cv-213-DPM

JOHN DOES, Warden, FCI-Forrest City
and Office of General Counsel; and
UNITED STATES BUREAU OF PRISONS                                DEFENDANTS

ORDER

Young has not objected to Magistrate Judge H. David Young's recommendation that his complaint be dismissed without prejudice. Reviewing for clear factual error on the face of the record, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes) and for legal error, the Court adopts the proposal as its own.

Proposed Findings and Recommendations, *Document No. 5*, adopted in full. Motion, *Document No. 4*, granted in part. Young's complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 January 2012