IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID M. YOUNG                                                                      PLAINTIFF
Reg. # 04152-003

v.                                      No. 2:11-cv-213-DPM

JOHN DOES, Warden, FCI-Forrest City
and Office of General Counsel; and
UNITED STATES BUREAU OF PRISONS                               DEFENDANTS

JUDGMENT

Young's complaint is dismissed without prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

18 January 2012